1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

10
11   DORA M. DIAZ, dba FAJATE-          )   Case No. 2:10-cv-04690-JHN-JCx
     VIRTUAL SENSUALITY,                )
12                                      )
              Plaintiff,                )   FINAL JUDGMENT DISMISSING
13                                      )   DEFENDANT DINAYRA SERPA
         v.                             )
14                                      )
15                                      )
     MARLENE PRADA BAUTISTA, as an)
16   individual, and dba FAJATE DISENOS )
     D'PRADA BAUTISTA; et al.,          )
17                                      )
18            Defendants.               )
19   _____)
                                        )
20   AND RELATED COUNTERCLAIMS  )
21   _____)

22
23       In its October 20, 2010 Order Denying in Part and Granting In Part (Docket No.

24   34), the Court granted the motion of defendant Dinayra Serpa to be dismissed from this

25   action for lack of specific personal jurisdiction.  On November 19, 2010, plaintiff and

26   counter-defendant Dora M. Diaz ("Diaz") filed her Application for Entry of a Final

27   Judgment Dismissing Defendant Dinayra Serpa for Lack of Personal Jurisdiction

28   ("Application," Docket No. 44).  On December 23, 2010, the Court granted that
     Application (Docket No. 56).

1    Accordingly, the Court hereby enters final judgment dismissing defendant Dinayra

2    Serpa.

3

4

5

6    Dated January 04, 2011

Jacqueline H. Nguyen
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL JUDGMENT DISMISSING DEFENDANT DINAYRA SERPA