UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dora M. Diaz,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Marlene Prada Bautista et al.,<br><br>　　　　　Defendants. | Case No. 2:10-cv-04690-JHN-JC<br><br>**JUDGMENT AGAINST DEFENDANTS MARTHA ANGULO AND CONSUELO MEJIA**<br><br>Judge: Honorable Jacqueline H. Nguyen |

　　　　In its May 16, 2012 Order, docket no. 277, the Court granted in part and denied in part the motions by plaintiff Dora M. Diaz for default judgment against

　　　　(1) defendant Martha Angulo a.k.a. Martha Duberney or Martha Alvarez ("Martha Angulo"), docket no. 33, and

　　　　(2) defendant Consuelo Mejia, docket no. 182.

　　　　Pursuant to that May 16, 2012 Order, the Court, ORDERS, ADJUDGES and DECREES as follows:

　　　　1. Judgment is entered in favor of plaintiff Dora M. Diaz and against defendant Martha Angulo and against defendant Consuelo Mejia;

　　　　2. An injunction shall be separately issued against defendant Martha Angulo and against defendant Consuelo Mejia.

3. Defendant Martha Angulo shall pay to plaintiff Dora M. Diaz the sum of five thousand dollars ($5,000);

4. Defendant Consuelo Mejia shall pay to plaintiff Dora M. Diaz the sum of five thousand dollars ($5,000); and

5. Plaintiff Dora M. Diaz is the prevailing party under Local Rule 54-2. Plaintiff Dora M. Diaz shall recover costs against defendant Martha Angulo and against defendant Consuelo Mejia.

**IT IS SO ADJUDGED, ORDERED, and DECREED.**

Dated: June 29, 2012

_____
Honorable Jacqueline H. Nguyen[*]

---

[*] Circuit Judge, U.S. Court of Appeals for the Ninth Circuit, sitting by designation.