JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA M. DIAZ, et al. | ) Case No. 2:10-cv-04690-JHN-JC |
| Plaintiff, | ) |
| v. | ) **JUDGMENT AGAINST DEFENDANTS** |
| | ) **MARLENE PRADA BAUTISTA, MARIA** |
| MARLENE PRADA BAUTISTA, et | ) **RUTH CUERVO, AND NELLY** |
| al., | ) **SANTAMARIA** |
| Defendants. | ) |
| | ) Judge: Honorable Jacqueline H. Nguyen |
| AND RELATED COUNTERCLAIM | ) |

    In its Special Verdict Form filed on February 4, 2012 (Docket No. 245), the jury found that:

    (1)    As between plaintiff Dora Diaz ("Diaz") and defendant Marlene Prada Bautista ("Prada"), Diaz was the first to use her FAJATE mark in commerce in the United States;

    (2)    Prada's FÁJATE mark is a counterfeit mark;

1     (3)   As of February 2008, Prada had actual or statutory notice that Diaz's FAJATE mark was registered;

    (4)   As of August 2009, defendant Maria Ruth Cuervo ("Cuervo") had actual or statutory notice that Diaz's FAJATE mark was registered;

    (5)   As of August 2009, defendant Nelly Santamaria ("Santamaria") had actual or statutory notice that Diaz's FAJATE mark was registered;

    (6)   Prada, Cuervo, and Santamaria each willfully used the FÁJATE trademark; and

    (7)   The amount of statutory damages awarded to Diaz (1) from Prada is $1,000,000, (2) from Cuervo is $50,000, and (3) from Santamaria is $3,000.

Based on that Special Verdict Form (Docket No. 245) and the Court's June 29, 2012 Order re: (1) Prada's Claim Under the Inter-American Convention; (2) Application of the Laches Defense; and (3) Diaz's motion for Permanent Injunction (Docket No. 280), the Court **ORDERS, ADJUDGES and DECREES** as follows:

    1.   Judgment is entered in favor of Diaz and against Prada, Cuervo, and Santamaria;

    2.   An injunction shall be separately issued against Prada, Cuervo, and Santamaria;

    3.   Prada shall pay to Diaz the sum of one million dollars ($1,000,000.00) plus interest thereon pursuant to 28 U.S.C. § 1961;

    4.   Cuervo shall pay to Diaz the sum of fifty thousand dollars ($50,000.00) plus interest thereon pursuant to 28 U.S.C. § 1961;

///
///
///
///
///
///

5. Santamaria shall pay to Diaz the sum of three thousand dollars ($3,000.00) plus interest thereon pursuant to 28 U.S.C. § 1961; and

6. Diaz is the prevailing party under Local Rule 54-2. Diaz shall recover costs against Prada, Cuervo, and Santamaria.

**IT IS SO ADJUDGED, ORDERED, and DECREED.**

Dated: August 24, 2012

Honorable Jacqueline H. Nguyen[*]

---

[*] Circuit Judge, U.S. Court of Appeals for the Ninth Circuit, sitting by designation. From June 24, 2010 to May 14, 2012, Judge Nguyen presided over this case as a United States District Judge.