UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA M. DIAZ, et al., <br><br> Plaintiff <br><br> v. <br><br> MARLENE PRADA BAUTISTA, et al., <br><br> Defendants. | Case No. 2:10-cv-04690-MWF-JC <br> Honorable Michael W. Fitzgerald <br><br> **PRELIMINARY INJUNCTION IN AID OF ENFORCEMENT OF JUDGMENT** <br><br> Date: March 16, 2015 <br> Time: 11:00 a.m. <br> Ctrm: 1600 |

Pursuant to the Temporary Restraining Order and Order to Show Cause re Preliminary Injunction in Aid of Enforcement [340] entered March 2, 2015, a hearing was held on Monday, March 16, 2015, at 11:00 a.m. Counsel for Dora M. Diaz made an appearance and confirmed that the TRO and OSC re Preliminary Injunction and related papers were served on Marlene Prada Bautista ("Prada") at her last known address by Federal Express International Priority service. (*See* Docket Nos. 345, 346, 347). Prada has not made contact with Diaz or the Court, and did not appear at the

hearing, either in person or through counsel. Accordingly, the Order to Show Cause is **DISCHARGED** and good cause appearing,

**IT IS ORDERED THAT**:

1. **Preliminary Injunction:** The following persons (collectively, the "Persons Bound") are hereby enjoined from transferring, encumbering, altering the registrations of, or otherwise making unavailable for levy the Internet domain names FAJATE.COM, FAJATE.NET, GIRDLEYOU.COM, GIRDLEYOU.US or any other domain names owned by or registered to Prada, a/k/a "Marlen Prada", through GoDaddy.com, LLC ("GoDaddy"):

    a. Prada, and all of her agents, servants, employees and attorneys;

    b. All other persons who are in active concert or participation with anyone described in subparagraphs 1(a) or (b) above.

2. This Preliminary Injunction expires on July 16, 2015, at 5:00 p.m., unless extended for good cause by further order of this Court.

3. Within two (2) court days after receipt of notice of entry hereof (see below), Diaz shall serve Prada and GoDaddy with this Preliminary Injunction.

4. For purposes of this Preliminary Injunction only:

    a. Service upon Prada shall be addressed to:

    > **Marlene Prada Bautista**
    > **Fájate Diseños D'Prada**
    > **Calle 9a No. 75a – 28**
    > **Medellín, Colombia**

    and transmitted via FedEx International Priority, UPS Worldwide Saver, or other comparable courier service that promises delivery within three (3) business days.

    b. Service upon GoDaddy shall be addressed to **domaindisputes@godaddy.com** and transmitted by email.

5. The Court issues this Preliminary Injunction on March 16, 2015, at 5 p.m. PST.

**IT IS SO ORDERED.**

DATED: March 16, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge